| | | | |
|---|---|---|---|
| Date: 11/03/10 | # 151319 | | Page: 1 |

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-10750 - REID, JEFFREY M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000011 | 171.22 | 2.70 |
| ---------- Remittance Total --------------- | | 171.22 | 2.70 |

SHELDON STEIN, BANKRUPTCY TRUSTEE

CK 3013

FILED 2010 NOV 16 PM 1:53
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND